IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Q.H., by and through her parent, REGAN H., | : | No. 3:24cv1620 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| SCRANTON SCHOOL DISTRICT, Defendant | : | |

## ORDER

**AND NOW**, to with this 6th day of February 2025, for the reasons set forth in an accompanying memorandum, it is hereby ordered that:

1) Plaintiff's request to supplement the administrative record with the testimony of Anita O'Brien is **GRANTED**;

2) The parties are directed to meet and confer within the next fourteen (14) days and thereafter file a joint status report as to how O'Brien's testimony will proceed.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court